**Appeal dismissed and Memorandum Opinion filed March 21, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00122-CR

---

**GARRETT HOUSTON HANNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 20-DCR-093173**

---

## M E M O R A N D U M    O P I N I O N

Appellant was placed on deferred-adjudication community supervision for six years in an order signed by the associate judge on June 29, 2021 and ratified by the presiding judge on June 30, 2021. Tex. Code Crim. Proc. Ann. art. 42A1.01. Appellant filed a timely notice of appeal from that order, and we dismissed the appeal for want of jurisdiction because (1) this is a plea-bargain case, and appellant has no right of appeal and (2) appellant has waived his right of appeal. *Hannes v. State*, No. 14-21-00416-CR, 2022 WL 1548588, at *1 (Tex. App.—Houston [14th

Dist.] May 17, 2022, no pet.) (per curiam) (mem. op., not designated for publication); *see* Tex. R. App. P. 25.2(a)(2).

Appellant filed a second notice of appeal from the June 30, 2021 order on August 16, 2023. We dismissed the second appeal for want of jurisdiction as untimely filed. *Hannes v. State*, No. 14-23-00589-CR, 2023 WL 6157345, at *1 (Tex. App.—Houston [14th Dist.] Sept. 21, 2023, no pet.) (per curiam) (mem. op., not designated for publication). Appellant filed his current notice of appeal from the June 30, 2021 order on February 15, 2024. While the notice of appeal is unquestionably late, we would have no jurisdiction were that notice timely. As we held in 2022, (1) this is both a plea-bargain case, and appellant has no right of appeal, and (2) appellant has waived his right of appeal.

On February 20, 2024, the parties were notified that the appeal was subject to dismissal without further notice unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).